ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
Tel. (202) 353-9187
Fax (202) 514-6866
Ari.D.Kunofsky@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| KENNETH PAUL CRAWFORD, Jr., | ) | |
| 624 Whispering Woods Court | ) | |
| Mays Landing, NJ 20619, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT TO NULLIFY FALSE LIEN FILINGS &
## ENJOIN FURTHER FILINGS

The plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to obtain a judicial declaration that the financing statement (Form UCC-1) filed on or about January 25, 2019, against prosecutors John Kane and Sean Green are void and without legal effect, an order to mark the financing statement as void, and to enjoin the defendant from all future filing of similar documents.

17360981.3

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and

26 U.S.C. § 7402.

2.      Venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1391(b)

because a substantial part of the events, namely the filing of false financing statements giving rise

to this Complaint, arose within this jurisdiction.

## PARTIES

3.      The plaintiff is the United States of America.

4.      Defendant Kenneth Paul Crawford, Jr., ("Crawford") resides in Mays Landing, New

Jersey, which is within the jurisdiction of this Court.

## CLAIM FOR RELIEF

5.      On August 29, 2018, an indictment was filed in this Court against Crawford in the

matter of *USA v. Kenneth Crawford, Jr.*, Case no. 18-cr-505-RBK (D.N.J.).  This indictment was

subsequently unsealed by the Court.  *Id*.  The criminal matter is pending before this Court.  *Id*.

6.      On January 8, 2019, Crawford filed a financing statement (Form UCC-1) with the

Clerk of Atlantic County against the "UNITED STATES OF AMERICA in care of Richard E.

Zuckerman, d/b/a Princ. Dep. Ass. A.G."  He alleges that the United States owes him $66,000,000.

Crawford asserts he obtained a default judgment against the United States for this amount as part of a

document filed in his criminal case.

7.      The Clerk of Atlantic County marked this financing statement as void and returned

it to Crawford because the United States cannot be a valid debtor.

8.      Crawford then filed a new financing statement on January 25, 2019.  Rather than

name the United States as a debtor, he named the prosecutors assigned to the criminal case against

17360981.3

him, specifically Assistant Section Chief John N. Kane and Trial Attorney Sean M. Green of the United States Department of Justice, as the debtors. Crawford alleges that these federal prosecutors each owe him $1,468,800.

9.      The Atlantic County Clerk accepted the financing statement filed against the prosecutors. By filing this financing statement, Crawford has made these documents available for public inspection, which potentially effects the credit report and financial standing of the prosecutors.

10.     In his criminal case, Crawford filed an invoice of the purported debts owed to him, along with various documents that he alleges gave rise to the debts. A copy of that filing, which includes a copy of the financing statements described above, is attached as Exhibit A. The financing statement specific to Assistant Chief Kane and Trial Attorney Green is found on pages 27 and 28 of Exhibit A.

11.     In Exhibit A, Crawford asserted that he raised a "counterclaim" against Assistant Chief Kane and Trial Attorney Green in his criminal case. These counterclaims include: $1,130,000 for the "impairment of liberty;" $300,000 for the production of his DNA, passport, and arms; $30,000 for his cost of attending a court hearing (at a rate of $10,000 per appearance); and $8,800 for the time drafting various documents related to the criminal case against him, for a total amount due $1,468,800.

12.     In Exhibit A, Crawford further claims these federal employees somehow defaulted on the purported counterclaim, and he now has default judgments against each of them personally.

13.     No court of competent jurisdiction has entered a judgment in favor of Crawford against Assistant Chief Kane or Trial Attorney Green.

17360981.3

14.     Assistant Chief Kane and Trial Attorney Green do not owe any lawful debts to Crawford.

15.     Crawford's claims against Assistant Chief Kane and Trial Attorney Green, as set forth in Exhibit A, are patently frivolous.

16.     The financing statement that Crawford filed against these federal employees is specifically calculated to interfere with the enforcement of the internal revenue laws of the United States.  The financing statement was intended to molest, interrupt, hinder, or impede an employee or officer of the United States who was performing his or her official duties.

17.     Crawford's financing statement is without any legal basis and is solely designed to harass federal officers or employees in the performance of their official duties, resulting in an irreparable harm to the United States.

18.     The public interest will be served by an order declaring that the financing statement is void, an order allowing the financing statement to be marked void in the Atlantic County Clerk's office record, and permanently enjoining Crawford and all those in active concert or participation with him from filing or attempting to file any document or instrument which falsely purports to create a nonconsensual lien or similar order or judgment against the persons or property of any federal officer or employee.

WHEREFORE, the United States of America prays that this Court:

A.     Determine, adjudge, and declare that the financing statement filed against Assistant Chief Kane and Trial Attorney Green filed by Defendant Kenneth P. Crawford, Jr., to be void and of no legal effect;

4

17360981.3

B.      Authorize the United States to file with the Atlantic County Clerk a copy of this Court's order marking mark the financing statement as void, and to require the Atlantic County Clerk to index its order against the financing statement;

C.      Permanently enjoin Defendant Kenneth P. Crawford, Jr., his agents, servants, employees, and attorneys, as well as all others in active concert or participation with him from filing, or attempting to file, any document or instrument which falsely purports to create a judgment against the person or property of any employee or officer of the United States;

D.      Award the United States of America its costs and reasonable attorney's fees incurred in this action; and

E.      Grant such other and further relief as the Court deems to be just and proper.


## DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

Chief, Civil Division
United States Attorney's Office
District of New Jersey
970 Broad Street, Ste. 700
Newark, New Jersey 07102

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice

17360981.3

## <u>LOCAL CIVIL RULE 11.2 CERTIFICATION</u>

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the foregoing Complaint is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Date: July 24, 2019.

<div style="margin-left:40%">

*/s/ Ari D. Kunofsky*
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 353-9187
Facsimile: (202) 514-6866
Email: Ari.D.Kunofsky@usdoj.gov

</div>

17360981.3

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

Kenneth Crawford Jr

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Atlantic
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ari D. Kunofsky, US Department of Justice- Tax Division
555 4th St., NW, Suite 6112; Washington DC 20001
ph. (202) 353-9187

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
         Proceeding

☐ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation -
         Transfer

☐ 8   Multidistrict
         Litigation -
         Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7402

Brief description of cause:
Void frivolous liens and enjoin taxpayer from filing further liens

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
0.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
07/24/2019

SIGNATURE OF ATTORNEY OF RECORD
/S/ Ari D. Kunofsky

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Certificate Of Mailing via Notary Public



Kenneth Paul Jr. of Crawford
c/o: John Barry, Notary Public
232 Amherst Ave.
Pemberton, New Jersey

RECEIVED
FEB - 7 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Richard E. Zuckerman
Principal Deputy Assistant Attorney General
P.O. Box 972
Washington, D.C. 20044

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Date: 3 February 2019

RE: Indictment on case # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v.
KENNETH CRAWFORD, JR

### NOTICE OF COUNTER CLAIM AND DEMAND

To whom it may concern,

Please be advised that I have recorded several financing statements, related to security
interests, in the county clerks office, where I am domiciled authenticating the private
record agreements between the parties related to the above action. I have included a copy
for your convenience. I am notifying all interested parties regarding this account that I
may elect to enforce claims in the United States Federal Claims Court if the agreements
are not honored privately.

The instrument, which initiated this action, was issued for value, then accepted and
returned for value for full settlement and closure of the account. The issuer is liable to
pay the instrument and as the holder in due course I am entitled to enforce the instrument.
Moreover the issuer and agents have ignored valid security interests in opposition to their
oaths of office and private international law. Their dishonor has now put their bonds at
risk for the amounts, which are over due and owing.

I am demanding that the account be settled and closed in accordance with the private
record agreement and all property returned to me immediately along with all funds due.
Also the 1099 OID filed in accordance with IRS Publication 1212.

**Government
Exhibit**

A

Thank you for your professionalism and courtesy regarding this matter.

Sincerely,

By: ~Kenneth Paul~

Kenneth Paul Jr. of Crawford
Secured Party,
Authorized Representative for ens legis
KENNETH CRAWFORD, JR

cc:
Michael E. Horowitz
U.S. Department of Justice
Office of the Inspector General
950 Pennsylvania Avenue, N.W.,
Suite 4706
Washington, D.C. 20530-0001

Eric M. Thorson
U.S. Department of Treasury
Office of the Inspector General
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Gene L. Dodaro
d/b/a Comptroller General
Government Accountability Office
441 G St., NW
Washington, DC 20548

William T. Walsh
 d/b/a/ US District Court Clerk
4th & Cooper Streets
Camden, NJ 08101

Robert B Kugler
d/b/a/ US District Court Judge
4th & Cooper Streets
Camden, NJ 08101

Christina Barker
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330

### AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT
### (in support of "Notice Of Counterclaim and Demand" attached.)

The undersigned Affiant, Kenneth Paul Jr.; Crawford, hereinafter "Affiant", does solemnly swear, declare and state as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

**Plain Statement of Facts**

4. Affiant has seen no verifiable evidence that the Respondents did not issue the instrument for value, and have no defense to the obligation to pay the instrument, and Affiant believes no such evidence of a defect exists.
5. Affiant has seen no verifiable evidence that he is not the holder in due course, and Affiant believes no such evidence of a defect exists.
6. Affiant has seen no verifiable evidence that as the secured party Creditor the Affiant is not entitled to enforce the instrument and Affiant believes no such evidence of a defect exists.
7. Affiant has seen no verifiable evidence that the Respondents have any verified record in opposition to the private record agreements, and Affiant believes no such evidence of a defect exists.
8. Affiant has seen no verifiable evidence that that by not dismissing the action in the UNITED STATES DISTRICT COURT case # 1-18-cr-00505-001 is not conversion, stultification of the creditor, and tax evasion, and Affiant believes that no such evidence exists.
9. Affiant has seen no verifiable evidence that involuntary servitude is lawful and Affiant believes that no such evidence exists.
10. Affiant has seen no verifiable evidence that any State can impair the obligations of contracts, and Affiant believes that no such evidence exists.
11. Affiant has seen no verifiable evidence that consent does not make the law: the terms of a contract, lawful in its purpose, constitute the law as between the parties, and Affiant believes that no such evidence exists.
12. Affiant has seen no verifiable evidence that he who consents can receive an injury, and Affiant believes that no such evidence exists.
13. Affiant has seen no verifiable evidence that the agreement of the parties does not make the law of the contract, and Affiant believes that no such evidence exists.
14. Affiant has seen no verifiable evidence that the agreement of the parties does not overcome any other law and Affiant believes that no such evidence exists.

I certify and affirm that the above statements are true and correct under my full commercial liability.

_____                    Kenneth Paul Jr.

Kenneth Paul Jr.; Crawford

JURAT

New Jersey      )
                ) ss.
Burlington County    )
Sworn to (or affirmed) and subscribed before me on this _____4th_____ day of the   *nineteen*
_____2nd_____ month in the year of our Lord two thousand and ~~eighteen~~ by Kenneth
Paul Jr.; Crawford, Claimant, proved to me on the basis of satisfactory evidence to be the
one who appeared before me, and executed the forgoing instrument for, proved to me on
the basis of satisfactory evidence to be the one who appeared before me, and executed the
forgoing instrument for the purpose stated therein and acknowledged that said execution
was by his free act and deed.

_____          _____2/4/2019_____
Notary Public's Signature                             Date

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

ATLANTIC COUNTY; NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019   02:56:56 PM
INST # 2019004123



## Atlantic County
## Document Summary Sheet

ATLANTIC COUNTY CLERK
5901 MAIN ST
MAYS LANDING, NJ 08330

Return Name and Address

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
08205

THIS IS AN UNOFFICIAL COPY

until the document has

completed the recording

process and has been

verified.

Official Use Only

| Submitting Company | N/A |
|---|---|
| Document Date *(mm/dd/yyyy)* | 01/08/2019 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document *(Including the cover sheet)* | 2 |
| Consideration Amount *(If applicable)* | N/A |

| First Party *(Grantor or Mortgagor or Assignor)* *(Enter up to five names)* | Name(s) *(Last Name, First Name Middle Initial, Suffix)* *(or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|
| | | | |

| Second Party *(Grantee or Mortgagee or Assignee)* *(Enter up to five names)* | Name(s) *(Last Name, First Name Middle Initial, Suffix)* *(or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|
| | | | |

| Parcel Information *(Enter up to three entries)* | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| | | | | | |

| Reference Information *(Enter up to three entries)* | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Crawfordgroup@comcast.net

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES OF AMERICA in care of Richard E. Zuckerman d/b/a Princ. Dep. Ass. A.G. | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Crawford | Kenneth | Paul | | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court | Galloway, New Jersey | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1.CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 8 Jan. 2019 between the Debtor and Secured Party, instrument No. 3553; Notice of lien hold interest in any proceeds collected for UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK) - THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR; Security agreement conveys and grants: 1.Specific Power of Attorney to secured party or his agents or assigns to execute and file any and all documents necessary on behalf of Debtor for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the Secured Party for CASE DOCKET#1-18-cr-00505-001 (RBK) . 2.Debtors waiver of any and all claims, rights, immunities and defenses. 3. Debtors are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the Secured Party. 4. Debtors are consenting to a FEE SCHEDULE with Secured Party. 5. Value of Collateral equals $66,000,000.00 Sixty Six Million USD.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative | | 6a. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
|---|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 7013 2630 0000 6873 3553

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

No. 3553

### AFFIDAVIT-OF-NON-RESPONSE
### AND-NON-PERFORMANCE (3)
### *A-SECURITY (15 USC)*

---

### *COMMERCIAL-AFFIDAVIT*
### *U.S.-S.E.C.-TRACER-FLAG*
### *NOT-A-POINT-OF-LAW*

Executed at the unincorporated territory of Atlantic County, New Jersey [Common Law Republic], without the United States, on this _____12th_____ day of the _____1st_____ month in the year two thousand Eighteen.

**TESTIMONY:**

1.0 John Barry, a record-keeper by private contract, Presenter, Acceptor, and Custodian of Records [hereafter "WITNESS"] at the request of Kenneth Paul Jr.; Crawford (hereafter "CLAIMANT") in care of 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2) did duly present on 12 December 2018 by Certified mail # 7017 0660 0000 8132 5981, the following documents: NOTICE-OF-DEFAULT-IN- DISHONOR (Opportunity to Cure) AND-NOTICE-OF-CLAIM-AND-NOTICE-OF- INTENT-TO-PERFECT-SECURITY-INTEREST ("FAULT-NOTICE") (five leaves); and AFFIDAVIT-OF-SPECIFIC-NEGATIVE-AVERMENT (six leaves).

2.0 Records of documents in the DEFAULT-NOTICE are kept on file at my office of business.

3.0 I have checked my mail regularly and see no evidence of tampering with my mail.

4.0 As of today's date, 7 January 2019, the WITNESS has not received a proper response according to the terms of the DEFAULT-NOTICE.

In testimony of the above, I signed my name and attached my seal:

| | | |
|---|---|---|
| JOHN BARRY JR.<br>Notary Public - State of New Jersey<br>My Commission Expires Jan 18, 2023 | WITNESS's Signature | 1/12/19<br>Date |

WITNESS: John Barry.

c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey       )
               ) ss.
Burlington county  )

Sworn to (or affirmed) and subscribed before me on this ____12th____ day of the ___1st___ month in the year two thousand and eighteen by John Barry, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____       1-12-2019
Notary Public's Signature              Date

| |
|---|
| AMBER L GREENOUGH<br>Notary Public<br>State of New Jersey<br>My Commission Expires Dec 11, 2019 |

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT             Page 1 of 7

No. 3553

## CERTIFICATE OF CLAIM and ADMINISTRATIVE JUDGMENT
### lawful notification to you, pursuant to The Bill of Rights of the National Constitution

**PRESENTMENT**

Be it known, that, the person signing below, a duly empowered PRESENTER, ACCEPTOR, AND CUSTODIAN OF RECORDS (hereafter "WITNESS"), at the request of Kenneth Paul Jr.; Crawford, did duly present on 12 December 2018 the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, to the following RESPONDENT(S):

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail # 7017 0660 0000 8132 5837)

by depositing in a depository of the United States Mail within the New Jersey within a sealed envelope.

RE:
THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR
UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK)

### PRIVATE ADMINISTRATIVE JUDGMENT in the matter of ACCOUNT:
### FINAL EXPRESSION IN A RECORD

**CLAIMANT/Secured Party Creditor:** Kenneth Paul Jr.; Crawford, In care of John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**PRESENTER, ACCEPTOR, and CUSTODIAN OF RECORDS:**
John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)  (Hereafter "WITNESS")

**STATEMENT OF FACTS**

1. Notice Of Acceptance with private settlement instruments, authorization, and request regarding statement of account, presented Privately under third-party record-keeper's seal by the CLAIMANT on or about 5 November 2018 to THE UNITED STATES OF AMERICA in care of Richard E. Zuckerman d/b/a Principal Deputy Assistant Attorney General via Certified mail # 7013 2630 0000 6873 3553 RRR.

2. On 19 November 2018 the Claimant presented the Respondents the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING.

No. 3553

3. As of 4 December 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the WITNESS.

4. As of 4 December 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the presenter and custodian of records.

5. On 12 December 2018 the Claimant presented the Respondents the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT.

6. As of 7 January 2019 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by 3 separate AFFIDAVITS OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), a record of which is kept by the presenter and custodian of records.

7. The RESPONDENT(S) have defaulted.

8. As an operation of law, RESPONDENTS' failure to honor the PRESENTMENT and FAULT NOTICE places the RESPONDENT(S) in **default**. For the course of dealing, set forth herein, with the RESPONDENTS' failure, refusal, or neglect in the presentment of a verified response to the PRESENTMENT and FAULT NOTICE, constitutes the RESPONDENTS' failure to perform in good faith and the RESPONDENTS' acquiescence and tacit agreement with all terms, conditions and stipulations set forth within the NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), the PRESENTMENT, and the FAULT NOTICE. **Therefore this matter is deemed res judicata and stare decisis.**

Of this presentment take due Notice and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

## CERTIFICATION OF PRESENTMENT OF NOTICE UNDER PRIVATE SEAL

IN WITNESS WHEREOF, I, John Barry, Notary Public, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under the penalty of perjury in the laws of the united States of America.

No. 3553

I hereunto set my hand and seal on this 8th day of the first month in the year of our Lord two thousand and nineteen and hereby certify all the statements made above are true, correct and complete under the Penalty of International Commercial Law.

Whereupon, the undersigned WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

The entire record of the above statement of facts are in my office of business. You may request certified copies of the original records and you may inspect the original records by contacting the Presenter at the Presenter's address listed above.

**Date of Presentment:** 12 December 2018

**WITNESS Presented Under Seal:**   NOTICE OF DEFAULT AND CONSENT TO JUDGMENT
   **WITNESS's Certification:**  The above-noted parties were presented notice that certification of non-response or default within ten (10) days of postmark would comprise their acceptance of the facts set forth within these instruments, the time having elapsed for response thereof.

**DEFAULT JUDGMENT**
Whereupon, the WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**TESTIMONY**
In testimony of the above, I have signed my name and attached my official seal.

_____      __1/12/19_____
WITNESS's Signature                    Date

> JOHN BARRY JR.
> Notary Public - State of New Jersey
> My Commission Expires Jan 18, 2023

John Barry, Notary Public
   c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey                )
                          ) ss.
Burlington County         )

Sworn to (or affirmed) and subscribed before me on this __12th__ day of __January__ 2019 by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____      __1-12-2019_____
Notary Public's Signature              Date

> AMBER L GREENOUGH
> Notary Public
> State of New Jersey
> My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                    Page 4 of 7

No. 3553

## PRESENTER'S AFFIDAVIT OF SERVICE (4)

It is hereby certified, that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail 7017 0660 0000 8132 5837 RRR)

In the matter of THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK) the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT NOTICE (one leaf); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE REGARDING FAULT NOTICE (one leaf)

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey.

PRESENTER Name _____   DATE 1/12/19

> JOHN BARRY JR.
> Notary Public - State of New Jersey
> My Commission Expires Jan 18, 2023

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

## JURAT

New Jersey                    )
                             ) ss.
Burlington County            )

Sworn to (or affirmed) and subscribed before me on this 12th day of the 1st month in the year of our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____   1-12-2019
Notary Public's Signature       Date

> AMBER L GREENOUGH
> Notary Public
> State of New Jersey
> My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                    Page 5 of 7

No. 3553

## DEFAULT is with the RESPONDENT(S) confession of judgment to the following:

1. Tender of the above-referenced instrument(s), by CLAIMANT are sufficient for the discharge, settlement and setoff of any and all debts, obligations, duties and liabilities of or relating to the above-referenced CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.

2. The balance due for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. is Zero and 00/100 dollars ($0.00).

3. The RESPONDENT(S) irrevocable conveyance of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

4. The RESPONDENT(S) irrevocable conveyance of the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

5. The RESPONDENT(S) waiver of any and all claims, rights, immunities and defenses.

6. RESPONDENT(S) consent to CLAIMANT recording or causing to be recorded a commercial lien against the respondent as lien debtors for value of no less than $44,000,000.00.

7. RESPONDENT(S) are granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

8. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the hindering, impeding, obstruction and/or delaying of the CLAIMANT rights, titles and interests in any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

9. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the semblance of harassment, coercion, defrauding, and/or defamation of the CLAIMANT and/or the CLAIMANT's collateral.

10. RESPONDENT(S) are consenting to a FEE SCHEDULE with CLAIMANT as follows:

> The following schedule of fees is effective upon the date of the Recipient's Default in Dishonor. These fees are subject to change upon written notice by the CLAIMANT to the RECIPIENT(S).

> ### Section 1
> Notice: Section 1 is a schedule of fees that are to be prepaid by the RESPONDENT(S) to the CLAIMANT before the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Arbitration hearing(s) regarding the above referenced Docket | $5,000/hearing* |

No. 3553

| | |
|---|---|
| Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000/hearing* |
| Mediation hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Formal/informal meeting regarding the above referenced Docket | $5,000/meeting* |

## Section 2

Notice: Section 2 is a schedule of fees that are to be paid by the RESPONDENT(S) within three (3) days from receipt of any invoices issued by the CLAIMANT to the RESPONDENT(S) for the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Written communications regarding the above referenced Docket | $200/page* |
| Telephone communications regarding the above referenced Docket | $10/minute |
| Electronic communications regarding the above referenced Docket | $200/transmission* |
| Time expended regarding the above referenced Docket | $1,000/hour |

- The fees for the acts described accrue in addition to the hourly rate for time expended.

**In addition to the above fee schedule, please take notice:**

For the RESPONDENT's failure to Provide an accounting/dismissal showing a $0.00 Balance (hereafter "RECEIPT") for the above referenced for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. shall potentially jeopardize CLAIMANT'S rights, titles, and interest in the said property; and therefore CLAIMANT hereby makes an offer to conditionally accept RESPONDENT's failure to Provide RECEIPT upon the pre-payment of a sum equal to three times the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

Furthermore, for the RESPONDENT's failure of their duty to remove negative reporting, CLAIMANT hereby offers for your acceptance or dishonor, payment from RESPONDENT for the necessary time expended for CLAIMANT or CLAIMANT's assigns for the contacting of the Credit Bureau and/or Credit Agencies in the efforts for removal of negative reporting in reference to the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.. A fee for this shall constitute Five-Hundred United States Dollars ($500.00 USD) per hour ($12,000.00 USD) per day.

## PRESENTER'S AFFIDAVIT OF SERVICE (3) /non-Response

It is hereby certified, that on the date noted below, the undersigned mailed to:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6001)

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6018)

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(CERTIFIED MAIL # 7017 0660 0000 8132 5813)

*None of the parties listed have responded to the Notice of Default dated 28 Nov. 2018.*

In the matter of RESPONDENT(S) account 2000728930 , Kenneth Paul Jr.; THE UNITED STATES OF AMERICA v.
KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK)
the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT JUDGMENT and CERTIFICATE OF CLAIM (four leaves); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE (one leaf) /Service

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly
addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody
of the U.S. Postal Service within the State of New Jersey.

_____        12/17/18
PRESENTER Name                   DATE

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

### JURAT

New Jersey                  )
                            ) ss.
Burlington  County          )

Sworn to (or affirmed) and subscribed before me on this ____17th____ day of the __December__ month in the year of
our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the
one who appeared before me, and executed the forging instrument for, proved to me on the basis of satisfactory evidence to be
the one who appeared before me, and executed the forging instrument for the purpose stated therein and acknowledged that
said execution was by his free act and deed.

_____        17 Dec 2018
Notary Public's Signature        Date

KENEISHA M MUNROE
Notary Public – State of New Jersey
My Commission Expires Dec 13, 2022

## DEFAULT JUDGMENT and CERTIFICATE OF CLAIM
### lawful notification to you, pursuant to The Bill of Rights of the National Constitution

### A SECURITY (15 USC)
------------------------

### COMMERCIAL AFFIDAVIT
### U.S. S.E.C. TRACER FLAG
### NOT A POINT OF LAW

### PRESENTMENT

Be it known, that, the person signing below, a duly empowered PRESENTER, ACCEPTOR, AND CUSTODIAN OF RECORDS (hereafter "WITNESS"), at the request of Kenneth Paul Jr.; Crawford, In c/o: John Barry, Notary Public
c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2), did duly present on 27 November 2018 the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, to the following RESPONDENTS:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(Certified Mail # 7017 0660 0000 8132 6001 )

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(Certified Mail # 7017 0660 0000 8132 6018 )

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(Certified Mail # 7017 0660 0000 8132 5813 )

by depositing in a depository of the United States Mail within the New Jersey within a sealed envelope.

RE:
THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR
Docket # 1-18-cr-00505-001(RBK)

### PRIVATE ADMINISTRATIVE JUDGMENT in the matter of ACCOUNT:
### FINAL EXPRESSION IN A RECORD

**CLAIMANT/Secured Party Creditor/UNDERSIGNED:** Kenneth Paul Jr.; Crawford, In care of John Barry, Notary Public

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                    Page 1 of 4

c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**PRESENTER, ACCEPTOR, and CUSTODIAN OF RECORDS:**
John Barry, Notary Public
c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)
(Hereafter **"WITNESS"**)

## STATEMENT OF FACTS

1. AFFIDAVIT OF NO JURISDICTION (Affidavit) presented on 10 September 2018 to the UNITED STATES DISTRICT COURT clerk and entered into the above docket number. As well as the LETTER OF REQUEST/NOTICE OF DISPUTE dated 25 May 2018, mailed to IRS CID Chief Don Fort via Certified mail # 70150640000007763987 and Delivered: Wed, May 30, 11:25 AM. And a NOTICE OF ACCEPTANCE via certificate of mailing USPS form 3817 on 15 October 2018.

2. On 23 October 2018 the Claimant presented the Respondents the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING.

3. As of 26 November 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 26 November 2018, a record of which is attached hereto and incorporated herein.

4. As of 26 November 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 26 November 2018, a record of which is attached hereto and incorporated herein.

5. On 28 November 2018 the Claimant presented the Respondents the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT.

6. As of 11 December 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 11 December 2018, a record of which is attached hereto and incorporated herein.

7. As of 11 December 2018  the RESPONDENT(S) have not responded sufficiently to the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE (2), executed by John Barry, (the "WITNESS"), dated 11 December

2018, a record of which is attached hereto and incorporated herein.

8.  The RESPONDENTS have defaulted.

9.  As an operation of law, RESPONDENTS' failure to honor the PRESENTMENT and FAULT
    NOTICE places the RESPONDENTS in **default**. For the course of dealing, set forth herein, with the
    RESPONDENTS' failure, refusal, or neglect in the presentment of a verified response to the
    PRESENTMENT and FAULT NOTICE, constitutes the RESPONDENTS' failure to perform in
    good faith and the RESPONDENTS' acquiescence and tacit agreement with all terms, conditions
    and stipulations set forth within this NOTICE OF DEFAULT IN DISHONOR (CONSENT TO
    JUDGMENT), the PRESENTMENT, and the FAULT NOTICE. **Therefore this matter is deemed
    res judicata and stare decisis.**

Of this presentment take due Notice and heed, and govern yourself accordingly.  This **FINAL
EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and
conditions of the agreement between the parties.

**CERTIFICATION OF PRESENTMENT OF NOTICE UNDER PRIVATE SEAL**
IN WITNESS WHEREOF, I, John Barry, Notary Public, under my unlimited liability and Commercial Oath,
proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the
facts contained herein are true, correct, complete and not misleading, under the penalty of perjury in the laws
of the united States of America.

I hereunto set my hand and seal on this 26th day of the Eleventh month in the year of our Lord two thousand
and eighteen and hereby certify all the statements made above are true, correct and complete under the
Penalty of International Commercial Law.

Whereupon, the undersigned WITNESS signing below, for the reason default and dishonor by non-
response/non-performance, does solemnly certify the default and dishonor as against all parties it may
concern by reason of non-response/non-performance thereof and stipulations therein. This **FINAL
EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and
conditions of the agreement between the parties.

The entire record of the above statement of facts are in my office of business. You may request certified
copies of the original records and you may inspect the original records by contacting the Presenter at the
Presenter's address listed above.

**Date of Presentment:** 10 September 2018

**WITNESS Presented Under Seal:**  NOTICE OF DEFAULT AND CONSENT TO JUDGMENT
    **WITNESS's Certification:**  The above-noted parties were presented notice that certification of non-
response or default within ten (10) days of postmark would comprise their acceptance of the facts set forth
                    within these instruments, the time having elapsed for response thereof.

**DEFAULT JUDGMENT**

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                    Page 3 of 4

Whereupon, the WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**TESTIMONY**
In testimony of the above, I have signed my name and attached my official seal.

By: _____     12/17/18           (SEAL)
WITNESS's Signature                         Date

**John Barry, Notary Public**
**c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)**

**JURAT**

New Jersey                          )
                                    ) ss.
Burlington County                   )

Sworn to (or affirmed) and subscribed before me on this __17__ day of December 2018 by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          17 Dec 2018
Notary Public's Signature                Date

KENEISHA M MUNROE
Notary Public – State of New Jersey
My Commission Expires Dec 13, 2022

**NOTICE OF RIGHT TO APPEAL:**

**1.1.2.** All disputes that arise from this proceeding, can be appealed through an Arbitrator of the CLAIMANT's choice (hereafter "ARBITRATOR").

**1.1.3.** No Arbitrator has any jurisdiction unless expressly authorized by the CLAIMANT in writing and delivered to the RECIPIENT(s).

**1.1.4.** No Court of the United States or of any Court of Common Pleas or of any other Court owned, created, or operated with any franchise of the United States or any subdivision thereof, has any jurisdiction to arbitrate the decision of this proceeding.

**DEFAULT is with the RESPONDENT(S) confession of judgment to the following:**

1. The RESPONDENTS do not have nor have ever had lawful authority or consent of the undersigned to impair the undersigns liberties and God given freedoms.

2. The "arrest" and detention for 13 hours of the undersigned was under color of law and without lawful authority or jurisdiction.

3. The confiscation of the undersigns DNA was under color of law and under threat duress, and coercion.

4. The confiscation of the undersigns Passport was under color of law and under threat duress, and coercion.

5. The confiscation of the undersigns arms was under color of law and under threat duress, and coercion

6. The undersigned and the defendant are two (2) separate entities, one an ens legis, legal fiction as no man or woman's appellation is in all capital letters and the other a creation of GOD the all mighty divine spirit giving life to all, a man of flesh and blood.

7. That the action in the UNITED STATES DISTRICT COURT (not District Court of the United States) is an entirely commercial action in which the RSPONDENT(S) have received notice of Acceptance for value and return for full settlement and closure.

8. That the undersigned has the priority security interest in all property and collateral belonging to the defendant as evidenced in the non-UCC filing you received in the Notice of Acceptance.

9. That by not settling and closing this matter and returning all property to the undersigned RESPONDENT(S) are in commercial dishonor and may be held personally liable.

10. RESPONDENT(S) are consenting to a FEE SCHEDULE with CLAIMANT as follows:
    The following schedule of fees is effective upon the date of the RESPONDENT(S) Default in Dishonor. These fees are subject to change upon written notice by the CLAIMANT to the RECIPIENT(S).

    **Section 1**
    Notice: Section 1 is a schedule of fees that are to be prepaid by the RESPONDENT(S) to the CLAIMANT before the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
| --- | --- |
| Arbitration hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000/hearing* |
| Mediation hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Formal/informal meeting regarding the above referenced Docket | $5,000/meeting* |

**Section 2**

Notice: Section 2 is a schedule of fees that are to be paid by the RESPONDENT(S) within three (3) days from receipt of any invoices issued by the CLAIMANT to the RESPONDENT(S) for the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Written communications regarding the above referenced Docket | $200/page* |
| Telephone communications regarding the above referenced Docket | $10/minute |
| Electronic communications regarding the above referenced Docket | $200/transmission* |
| Time expended regarding the above referenced Docket | $1,000/hour |

* The fees for the acts described accrue in addition to the hourly rate for time expended.

**In addition to the above fee schedule, please take notice:**

For the RESPONDENT(S) so called "arrest" (taking undersigned CLAIMANT hostage for 13 hours) the initial fee for the impairment of liberty is $1,000,000 USD. For time in captivity as the presumed surety for the legal fiction/DEFENDANT the charge is $10,000 USD an hour, so RESPONDENT(S) current bill is $130,000 USD. For the taking under threat duress and coercion of the CLAIMANT's DNA the charge is $100,000 USD. For the surrendering of the CLAIMANT's Passport under threat and duress the charge is $100,000 USD. And for the surrendering of the CLAIMANT's arms under threat and duress the charge is $100,000 USD. The total of $1,430,000 is now overdue and owing IF REPONDENTS(S) choose not to respond to the AFFIDAVIT OF NO JURISDICTION or dismiss the matter with prejudice.

For the RESPONDENT(S) failure to provide a Receipt of Accounting for the above referenced Docket shall potentially jeopardize CLAIMANT'S rights, titles, and interest in the said property. For the RESPONDENT(S) failure to provide said Receipt shall potentially harm the CLAIMANT; and therefore CLAIMANT hereby makes an offer to conditionally accept RESPONDENT(S) failure to Provide RECEIPT upon the pre-payment of a sum equal to three times the value of the property listed for Docket.

Furthermore, for the RESPONDENT(S) failure of their duty to remove any negative publishing regarding the matter, which may ruin CLAIMANTS public persona, the fee for this shall constitute Five-Hundred United States Dollars ($500.00 USD) per hour.

CLAIMANT will receive payment from RESPONDENT(S) for the above services, or may pursue necessary lawful collection activity towards RESPONDENT(S), all jointly and severally. Collection activity void where prohibited by law.

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# INVOICE

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|-----------:|---------:|-------:|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---:|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# INVOICE

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# I N V O I C E

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |



ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004124

## Atlantic County
## Document Summary Sheet

ATLANTIC COUNTY CLERK
5901 MAIN ST
MAYS LANDING, NJ 08330

**Return Name and Address**

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
08205

THIS IS AN UNOFFICIAL COPY

until the document has

completed the recording

process and has been

verified.

Official Use Only

| | |
|---|---|
| Submitting Company | N/A |
| Document Date (mm/dd/yyyy) | 12/17/2018 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 2 |
| Consideration Amount (If applicable) | $1,468,800 |

| | Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|
| **First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names) | | |
| **Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names) | | |

| **Parcel Information** (Enter up to three entries) | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| | | | | | |

| **Reference Information** (Enter up to three entries) | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Crawfordgroup@comcast.net

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Barker | Christina | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| In care of: 5218 Atlantic Avenue | Mays Landing | NJ | 08330 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Crawford | Kenneth | | Paul | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court,Galloway, New Jersey | Non-domestic | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 17 Dec. 2018 between the Debtors and Secured Party, instrument No. 7015064000000 07763987; Notice of lien hold interest in all property and collateral belonging to the Debtors.  Security agreement conveys and grants:
1. Priority security interest in all property and collateral belonging to the Debtors as agreed upon in Administrative Record resulting in Certificate of Claim # 70150640000007763987 of Notary Public.  Value of Collateral equals $1,468,800.00 USD.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 70150640000007763987

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## PRESENTER'S AFFIDAVIT OF SERVICE (3) /*non-response*

It is hereby certified, that on the date noted below, the undersigned mailed to:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6001)

*None of the Parties listed have responded to the Notice of Default dated 28 Nov. 2018.*

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6018)

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(CERTIFIED MAIL # 7017 0660 0000 8132 5813)

In the matter of RESPONDENT(S) account 2000728930 , Kenneth Paul Jr.; THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK) the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT JUDGMENT and CERTIFICATE OF CLAIM (four leaves); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE (one leaf) /*Service*

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey.

_____          12/17/18
PRESENTER Name                                DATE

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

**JURAT**

New Jersey                 )
                            ) ss.
Burlington County          )

Sworn to (or affirmed) and subscribed before me on this ___17th___ day of the __December__ month in the year of our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          17 DEC 2018
Notary Public's Signature                     Date

KENEISHA M MUNROE
Notary Public – State of New Jersey
My Commission Expires Dec 13, 2022

ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004125



## Atlantic County
## Document Summary Sheet

**THIS IS AN UNOFFICIAL COPY**
until the document has
completed the recording
process and has been
verified.

*Official Use Only*

ATLANTIC COUNTY CLERK
5901 MAIN ST
MAYS LANDING, NJ 08330

**Return Name and Address**

Kenneth Paul JT
c/o: 117 Liberty Court
Galloway, New Jersey
08205

| | |
|---|---|
| Submitting Company | N/A |
| Document Date *(mm/dd/yyyy)* | 12/17/2018 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document *(Including the cover sheet)* | 2 |
| Consideration Amount *(If applicable)* | $1,468,800 |

| First Party *(Grantor or Mortgagor or Assignor)* *(Enter up to five names)* | Name(s) *(Last Name, First Name Middle Initial, Suffix)* *(or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|
| | | | |

| Second Party *(Grantee or Mortgagee or Assignee)* *(Enter up to five names)* | Name(s) *(Last Name, First Name Middle Initial, Suffix)* *(or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|
| | | | |

| Parcel Information *(Enter up to three entries)* | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| | | | | | |

| Reference Information *(Enter up to three entries)* | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Crawfordgroup@comcast.net

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Kane | John | Noel | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Green | Sean | M. | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Crawford | Kenneth | Paul | | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court,Galloway, New Jersey | Non-domestic | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 17 Dec. 2018 between the Debtors and Secured Party, instrument No. 70150640000007763987; Notice of lien hold interest in all property and collateral belonging to the Debtors. Security agreement conveys and grants:
1. Priority security interest in all property and collateral belonging to the Debtors as agreed upon in Administrative Record resulting in Certificate of Claim # 70150640000007763987 of Notary Public. Value of Collateral equals $1,468,800.00 USD.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 70150640000007763987

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)



117 Liberty Court
Galloway, New Jersey

William T. Walsh
Court Clerk
4th & Cooper Streets
Camden, New Jersey 08101

RECEIVED
FEB - 7 2019
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

U.S. POSTAGE PAID
FCM LG ENV
CREAM RIDGE, NJ
FEB 05, 19
AMOUNT
$1.60
R2305M146460-11

1000
08101

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| KENNETH PAUL CRAWFORD, Jr. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> KENNETH PAUL CRAWFORD, Jr.
> 624 Whispering Woods Court
> Mays Landing, NJ 20619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ari D. Kunofsky
> US Department of Justice- Tax Division
> 555 4th St., NW, Suite 6112
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: